# United States District Court
# For the District of Columbia

DON E. WILLIAMS, et.al.  )
                         )
                         )
                         )
            Plaintiff    )    Civil Action No. __07 0583 RMU__
     vs                  )
PARNELL LAMONT SAVAGE, et al. )
                         )
                         )
            Defendant    )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Don E. Williams__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __N/A__ which have any outstanding securities in the hands of the public:

Don E. Williams is an individual.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Laurence A. Elgin_ (signature)
Signature

159582
BAR IDENTIFICATION NO.

Laurence A. Elgin
Print Name

601 Pennsylvania Ave., NW - Ste 900South
Address

Washington      DC       20004-3615
City            State    Zip Code

(202) 628-1114
Phone Number

# United States District Court
# For the District of Columbia

DON E. WILLIAMS, et.al.                    )
                                           )
                                           )
                                           )
                   Plaintiff               )     Civil Action No. __07 0583 RMU__
       vs                                  )
PARNELL LAMONT SAVAGE, et al.              )
                                           )
                                           )
                   Defendant               )

<u>CERTIFICATE RULE LCvR 7.1</u>

I, the undersigned, counsel of record for __Fonda Allen_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __N/A_____ which have any outstanding securities in the hands of the public:

Fonda Allen is an individual.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__159582__
BAR IDENTIFICATION NO.

Laurence A. Elgin
Print Name

601 Pennsylvania Ave., NW - Ste 900South
Address

Washington          DC            20004-3615
City                State         Zip Code

(202) 628-1114
Phone Number

# United States District Court
# For the District of Columbia

ON E. WILLIAMS, et. al.　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff　　　　　　　)　　Civil Action No. __07 0583 RMU__
　　vs　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
ARNELL LAMONT SAVAGE, et al.　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant　　　　　　　)

## CERTIFICATE RULE LCvR 7.1

the undersigned, counsel of record for __Alleans McQueen__ certify that to the best of my knowledge and

elief, the following are parent companies, subsidiaries or affiliates of __N/A__ which have

ny outstanding securities in the hands of the public:

Alleans McQueen is an individual.

hese representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Laurence A. Elgin_
Signature

__159582__
AR IDENTIFICATION NO.

__Laurence A. Elgin__
Print Name

__601 Pennsylvania Ave., NW - Ste 900South__
Address

__Washington__　　__DC__　　__20004-3615__
City　　　　　　　State　　　　Zip Code

__(202) 628-1114__
Phone Number