# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON E. WILLIAMS,   et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-CV-0583  RMU |
| | ) |
| | ) |
| PERNELL LAMONT SAVAGE | ) |
| | ) |
|     Defendants. | ) |

**PRAECIPE:  NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to an Order of the District of Columbia Court of Appeals, Laurence A. Elgin is suspended from the practice of law in the District of Columbia for a six (6) month period after April 7, 2007.   Mr. Elgin will no longer appear in the case, and the plaintiffs will thereafter be represented in my stead by:

    Steven M. Spiegel, Esq.
    3917 Keller Avenue
    Alexandria VA  22303-1817
    Phone:  (703) 998-6780
    Fax"     (703) 998-7612
    email:  SSpiegelesq@verizon.net


    Respectfully submitted,

    /s/

    _____
    Laurence A. Elgin  # 159582
    Suite 900, South Bldg.
    601 Pennsylvania Avenue NW
    20004-3615
    (202) 628-1114
    fax (202) 628-6798