AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DON E. WILLIAMS, et al.

**SUMMONS IN A CIVIL CASE**

V.

PARNELL LAMONT SAVAGE, et al.

Case: 1:07-cv-00583
Assigned To : Urbina, Ricardo M.
Assign. Date : 3/27/2007
Description: WILLIAMS v SAVAGE

TO: (Name and address of Defendant)

The Honorable Adrian M. Fenty
Mayor, District of Columbia
John A. Wilson Building
1350 Pennsylvania Ave. NW
Washington, D. C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence A. Elgin
Suite 900 South Building
601 Pennsylvania Ave., NW
Washington DC 20004-3615

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAR 2 6 2007

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 07-23-07 | 4:08 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Laurence Elgin | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

✓ ☐ Other (specify): By serving Tabitha Brayton who stated she was authorized to accept. Service was completed at 1350 Pennsylvania Ave. N.W. Washington DC 20004

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-23-07   _____
              Date         Signature of Server

3105 Faber Dr., Falls Church, VA 22044
Address of Server
(703) 927-7154