**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DON E. WILLIAMS, et al | * |
|     Plaintiffs | * |
| vs. | *    Case No. 1:07-cv-00583 |
| PERNELL LAMONT SAVAGE, et al | * |
|     Defendants | * |

### ANSWER TO COMPLAINT

COMES NOW the Defendant, Progressive Insurance Company, by and through counsel, Michael A. DeSantis and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and in Answer to the Complaint filed herein, states as follows:

### GENERAL DENIAL

Defendant Progressive Insurance Company, hereinafter Progressive or Defendant Progressive, generally denies liability as to all counts in Plaintiffs' Complaint.

### FIRST DEFENSE

The Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Plaintiffs' claims are barred by the applicable statue of limitations.

### THIRD DEFENSE

The Plaintiffs were contributorily negligent.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

**FOURTH DEFENSE**

The Plaintiffs assumed the risk of injuries.

**FIFTH DEFENSE**

The Defendant generally denies any and all liability contained in the allegations of the Complaint.

**SIXTH DEFENSE**

The Plaintiffs have failed to mitigate damages.

**SPECIFIC DENIALS**

1.   This Defendant is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 64, 65, 66, 69, 70, 72, 73 and 74 of the Complaint and therefore denies same.

2.   This Defendant denies the averments contained in paragraphs 13, 14, 67 and 68 of the Complaint.

3.   In response to paragraphs 63 and 71 of the Complaint, this Defendant incorporates its answers set forth above.

                                          Respectfully submitted:

                                          HARTEL, KANE, DeSANTIS
                                          MacDONALD & HOWIE, LLP



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

                                   /s/ Michael A. DeSantis  
                                   Michael A. DeSantis  
                                   D.C. Bar No. 422602  
                                   11720 Beltsville Drive, Suite 500  
                                   Beltsville, Maryland 20705-3166  
                                   Telephone (301)486-1200  
                                   Facsimile (301)486-0935  
                                   Attorney for Defendant  
                                   Progressive Insurance Company

**REQUEST FOR JURY TRIAL**

Defendant Progressive hereby requests a trial by jury on all issues herein.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2007, by way of electronic filing, a copy of the foregoing was served on:

Steven Spiegel, Esquire  
3917 Keller Av.  
Alexandria Va., 22303

                                          /s/ Michael A. DeSantis  

                                     Michael A. DeSantis



HARTEL, KANE, DESANTIS,  
MACDONALD & HOWIE, LLP  
Calverton Office Park  
11720 Beltsville Drive, Suite 500  
Beltsville, Maryland 20705  
Telephone: (301) 486-1200  
Facsimile: (301) 486-0935  
_____

5924 North 15th Street  
Arlington, Virginia 22205