UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON E. WILLIAMS, et al. ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-0583 RMU |
| ) | |
| ) | |
| PERNELL LAMONT SAVAGE ) | |
| ) | |
|     Defendants. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

In accordance with *LCvR* 7, Plaintiffs, by and through counsel, respectfully move for an enlargement of time until September 24, 2007 to respond to Defendant's Motion to Dismiss (Dkt # 12), and state as follows:

On July 25, 2007 this Court granted Plaintiff's an additional sixty days, until September 24, 2007, to serve the remaining defendants.

Plaintiffs have again attempted to serve Police Officer Freeman, but without success. The parties have agreed to confer on accomplishing service.

It would be more efficient to complete service on the parties represented by the defendant District of Columbia and to then respond to the pending or amended motion to dismiss.

A response to the Motion to Dismiss (Dkt # 12) is currently due on August 27, 2007.

In accordance with *LCvR 7(m)*, Plaintiffs have conferred with Defendant, who consents to this enlargement of time until September 24, 2007.

Accordingly, Plaintiffs respectfully request an enlargement of time until September 24, 2007 to respond to Defendant's motion (Dkt # 12).

Respectfully submitted,

_____/s/_____
STEVEN M. SPIEGEL, D.C. Bar # 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780; Fax 703-998-7612
E-mail SSpiegelEsq@verizon.net

Counsel for Plaintiffs					August 23, 2007