**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DON E. WILLIAMS, et al** * | |
| * | |
| Plaintiffs * | |
| * | |
| vs. * | Case No. 1:07-cv-00583 |
| * | |
| **PERNELL LAMONT SAVAGE, et al** * | |
| * | |
| Defendants * | |

**DEFENDANT PROGRESSIVE'S MOTION TO DISMISS**

COMES NOW the Defendant, Progressive, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby respectfully moves this Court to dismiss plaintiffs' complaint for failure to state a claim upon which relief can be granted.[1]  In support of its motion, Progressive states as follows:

1. The statute of limitations is three years.[2]

2. The three-year statute of limitations completely bars Plaintiffs' Complaint.

2. Plaintiffs do not allege facts giving rise to a cause of action against Defendant Progressive, the insurance company of the alleged tortfeasor, co-defendant Savage.

---

1  It appears as though Defendants Savage and Dykes have not yet been served.  It is anticipated that the undersigned will represent them and file a similar motion if and when service is completed.

2  D.C. Code §12-301.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

3. Plaintiffs have no privity of contract or other grounds to sue the insurer of co-defendant Savage. If any cause of action could exist against this defendant, it is not ripe at this time as no judgment has been rendered against the Progressive insured, co-defendant Savage, which could potentially trigger insurance coverage.

4. Defendant Progressive incorporates herein by reference the attached Memorandum of Points and Authorities.

WHEREFORE, Defendant Progressive, by and through undersigned counsel, hereby moves the Court to dismiss Plaintiffs' Complaint with prejudice for the reasons set forth above and for the reasons set forth in the accompanying Memorandum.

Respectfully submitted:

HARTEL, KANE, DeSANTIS
MacDONALD & HOWIE, LLP

 /s/ Ioannis Laskaris
Ioannis Laskaris
D.C. Bar No. 488452
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705-3166
Telephone (301)486-1200
Facsimile (301)486-0935
Attorneys for Defendant
Progressive Insurance Company



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

**CERTIFICATE OF SERVICE**

I hereby certify that on this __13th__ day of __September__, 20 __07__, by way of electronic filing, a copy of the foregoing was served on:

Steven Spiegel, Esquire
3917 Keller Ave.
Alexandria, VA 22303

Carl J. Schifferle
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C.  20001

                                             /s/ Ioannis Laskaris
                                             Ioannis Laskaris



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DON E. WILLIAMS, et al** | * |
| | * |
| Plaintiffs | * |
| | * |
| vs. | *   Case No. 1:07-cv-00583 |
| | * |
| **PERNELL LAMONT SAVAGE, et al** | * |
| | * |
| Defendants | * |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF DEFENDANT PROGRESSIVE'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

COMES NOW the Defendant, Progressive, and files the following Memorandum of Points and Authorities in Support of its Motion to Dismiss Plaintiffs' Complaint and states as follows:

1. Plaintiffs' Complaint, at paragraph 15, states that the motor vehicle accident occurred on March 24, 2004. In order for Plaintiffs' Complaint to have been timely, it would have had to have been filed by March 26, 2007, three (3) years after this occurrence.[3]

2. Plaintiff's date-stamped Complaint shows that it was filed on Tuesday, March 27, 2007. Plaintiffs' Complaint is untimely.

3. Plaintiff's Complaint is barred because it was filed one (1) day late. See, <u>United States v. Lock</u>, 471 US 84, 100-01

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

---

3   March 24, 2007 is a Saturday

(1985)("Filing deadlines, like statutes of limitations, necessarily operate harshly and arbitrarily with respect to individuals who fall just on the other side of them, but if the concept of a filing deadline is to have any content, the filing deadline must be enforced.... A filing deadline cannot be complied with, substantially or otherwise, by filing late -- even by one day.").

    4.    Count 1 of Plaintiff's Complaint asserts no allegations or causes of action against Defendant Progressive.

    5.    Count 2 of Plaintiff's Complaint pertaining to the underlying negligence fails to state a cause of action. The allegations in paragraphs 71 through 74 of Plaintiffs' Complaint assert no facts or allegations giving rise to a cause of action against Defendant Progressive. There is no privity of contract between Plaintiffs and Defendant Progressive. The alleged negligence of Defendant Progressive's insured does not give rise to a cause of action by Plaintiffs against Defendant Progressive.[4]



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

───────────

5924 North 15th Street
Arlington, Virginia 22205

---

[4]   See, <u>Thornton v. The Little Sisters of the Poor</u>, 380 A.2d 593 (1977) (The claim against the title insurer was dismissed as Plaintiffs had no cause of action against it.)

```
                              Respectfully submitted:

                              HARTEL, KANE, DeSANTIS
                              MacDONALD & HOWIE, LLP


                               /s/ Ioannis Laskaris
                              Ioannis Laskaris
                              D.C. Bar No. 488452
                              11720 Beltsville Drive, Suite 500
                              Beltsville, Maryland 20705-3166
                              Telephone (301)486-1200
                              Facsimile (301)486-0935
                              Attorneys for Defendant
                              Progressive Insurance Company
```

### CERTIFICATE OF SERVICE

I hereby certify that on this ___13th___ day of ___September___, 20_07_, by way of electronic filing, a copy of the foregoing was served on:

```
   Steven Spiegel, Esquire
   3917 Keller Ave.
   Alexandria, VA 22303


   Carl J. Schifferle
   Assistant Attorney General
   Suite 600S
   441 Fourth Street, N.W.
   Washington, D.C.  20001


                               /s/ Ioannis Laskaris
                              Ioannis Laskaris
```



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

E:\MAD\Williams v. Savage\PLEADINGS\Motion to Dismiss.including memorandum.9.13.07.mwh.wpd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DON E. WILLIAMS, et al** | * |
| | * |
| Plaintiffs | * |
| | * |
| vs. | *   Case No. 1:07-cv-00583 |
| | * |
| **PERNELL LAMONT SAVAGE, et al** | * |
| | * |
| Defendants | * |

### ORDER

Upon consideration of Defendant Progressive's Motion to Dismiss, any opposition thereto, and the entire record herein, the Court, finding that good cause exists, it is, this _____ day of _____, 2007, by the United States District Court for the District of Columbia, hereby:

**ORDERED** that the Complaint filed by the Plaintiffs in the above-captioned matter be, and hereby is, **DISMISSED** with prejudice; and it is further

**ORDERED** that judgment be entered for Defendant Progressive and against the Plaintiffs.



_____
JUDGE

Copies to:

Ioannis Laskaris, Esquire
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705-3166

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205

```
Steven Spiegel, Esquire
3917 Keller Avenue
Alexandria, VA 22303

Carl J. Schifferle
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C.  20001
```

E:\MAD\Williams v. Savage\PLEADINGS\ORDER.Motion to Dismiss.9.10.07.mwh.wpd



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205