UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON E. WILLIAMS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-0583 RMU |
| ) | |
| ) | |
| PERNELL LAMONT SAVAGE ) | |
| ) | |
| Defendants. ) | |

## SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME

In accordance with *LCvR* 7, Plaintiffs, by and through counsel, respectfully move for an enlargement of three days time until September 27, 2007 to respond to Defendant's Motion to Dismiss (Dkt # 12), and state as follows:

On September 13, 2007, Defendant Progressive filed its Motion to Dismiss (Dkt # 14). Plaintiffs' response to this motion to dismiss is due September 27, 2007. Progressive's Motion to Dismiss covers many of the same issues raised in the District of Columbia's Motion to Dismiss (Dkt # 12).

A response to the District of Columbia's Motion to Dismiss (Dkt # 12) is currently due on September 24, 2007.

It would be more efficient for Plaintiffs to respond to both motions to dismiss at the same time.

In accordance with *LCvR 7(m)*, Plaintiffs have conferred with Defendant District of Columbia, who consents to this enlargement of time until September 27, 2007. Furthermore, Defendant Progressive has no objection to this motion.

Accordingly, Plaintiffs respectfully request an enlargement of three days time until September 27, 2007 to respond to Defendant's motion (Dkt # 12).

Respectfully submitted,

_____/s/_____
STEVEN M. SPIEGEL, D.C. Bar # 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780; Fax 703-998-7612
E-mail SSpiegelEsq@verizon.net

Counsel for Plaintiffs                                                    September 19, 2007