**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DON E. WILLIAMS, et al** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | Case No. 1:07-cv-00583 |
| | * | |
| **PERNELL LAMONT SAVAGE, et al** | * | |
| | * | |
| Defendants | * | |

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that a copy of Defendant Progressive's Interrogatories to Plaintiffs and Defendant Progressive's Request for Production of Document to Plaintiffs were mailed, first class, postage prepaid, on September 21, 2007 to:

Steven Spiegel, Esquire
3917 Keller Ave.
Alexandria, VA 22303

Carl J. Schifferle
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001

and that the originals will be maintained at the offices of the undersigned until the conclusion of the above-captioned matter, and any appeal noted has been decided.

I further CERTIFY that this Certificate Regarding Discovery was electronically filed on this <u>21st</u> day of <u>September</u>, 2007.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205

Respectfully submitted:

HARTEL, KANE, DeSANTIS
MacDONALD & HOWIE, LLP


 /s/ Ioannis Laskaris
Ioannis Laskaris
D.C. Bar No. 488452
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705-3166
Telephone (301)486-1200
Facsimile (301)486-0935
Attorney for Defendant
Progressive Insurance Company,
Pernell Savage and Robert Dykes



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205

E:\MAD\Williams v. Savage\PLEADINGS\Cert. Regarding Discovery.8.21.07.mwh.wpd

-2-