*Ann Schulman*
*9-21-07*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DON E. WILLIAMS, et al.

**SUMMONS IN A CIVIL CASE**

V.

PARNELL LAMONT SAVAGE, et al.

Case: 1:07-cv-00583
Assigned To : Urbina, Ricardo M.
Assign. Date : 3/27/2007
Description: WILLIAMS v. SAVAGE

TO: (Name and address of Defendant)

KIMBERLY FREEMAN
Fifth Precinct
Washington, D. C.
Metropolitan Police Department
1805 Bladensburg Road, NE
Washington, D. C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence A. Elgin
Suite 900 South Building
601 Pennsylvania Ave., NW
Washington DC 20004-3615

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**    MAR 26 2007

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | Sept. 21, 2007 |
| NAME OF SERVER *(PRINT)* | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

    ☐   Served personally upon the defendant. Place where served: _____

    ☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    ☐   Returned unexecuted: _____

    ☑   Other (specify): By Agreement between counsel, service for Defendant Kimberly Freeman Accepted by Carl J. Schifferle, Asst. Attorney General Office of the Attorney General of the District of Columbia

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Sept. 21, 2007     *[signature]* Lawrence A. E___
                  Date                           Signature of Server

                                        8929 Sleaford Place, Annandale VA 22003
                                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.