UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DON E. WILLIAMS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-CV-0583 RMU |
| | ) | |
| | ) | |
| PERNELL LAMONT SAVAGE | ) | |
| | ) | |
| Defendants. | ) | |

**(CONSENT) MOTION FOR EXTENSION OF TIME
TO COMPLETE SERVICE OF PROCESS**

Pursuant to *F.R.Civ.P.* 4(m) and for good cause, Plaintiffs, by and through counsel, respectfully move for an extension of an additional sixty (60) days time to effect service of process on the remaining two unserved defendants.

Plaintiffs have attempted service on all of the defendants, having now effected service on seven of the nine defendants.[1] The reasons requiring additional time for the remaining two defendants are as follows:

Pernell Lamont Savage: Plaintiffs previously attempted service on the defendant via United States Postal Service (USPS) Express Mail-Certified Mail-Return Receipt Requested. Tracking information showed that a J. Ralph, signed an Express Mail Receipt for the defendant Savage on Monday, July 23, 2007. However, Plaintiffs were not able to

---

[1] Plaintiffs have now served the defendant Kimberly Freeman through the cooperation of the Office of the Attorney General of the District of Columbia, with her authorization and by agreement between counsel.

determine if J. Ralph was authorized to accept service for defendant Savage. Additionally, no answer or responsive pleading has been filed by him or on his behalf. Plaintiffs next engaged a private process server, Process Servers of Tidewater, Inc., of Suffolk, Virginia, to serve defendant Savage in Corapeake, North Carolina, at the address on his driver's licence at the time of the accident. The first attempt to locate and serve Mr. Savage in this rural town was not successful. The process server returned again without success. However, a young woman residing at this address, provided information that Mr. Savage now resides in Maryland. Plaintiffs will continue their efforts to locate and serve Mr. Savage.

    Robert Dykes. Mr. Dykes has left the employ of Progressive Casualty, at 6980 Muirkirk Meadows Drive, Beltsville, Maryland, where he had worked at the time of the incident, and from where he settled the claim contested in the Complaint. Earlier inquiries as to Mr. Dykes' present whereabouts by the process server at the Progressive Casualty Office in Beltsville were unsuccessful. Plaintiffs have since sought the cooperation of defendant's counsel as to Mr. Dyke's whereabouts, but the requested information has not been forthcoming. As it appears that Mr. Dykes can not be located absent the information possessed by defendant Progressive, Plaintiffs will have to propound discovery to obtain Progressive's assistance. The requested sixty (60) day extension of time should not cause any delay in the proceedings while the pending motions to dismiss are being briefed and decided.

Pursuant to Local Rule 7(m), Plaintiffs certify that counsel has attempted to confer with each of the two defense counsel on this motion. Counsel for defendant District of Columbia has consented to this motion, while counsel for Progressive has not reported its position.

Respectfully submitted,

_____/s/_____
STEVEN M. SPIEGEL, D.C. Bar # 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780; Fax 703-998-7612
E-mail SSpiegelEsq@verizon.net
Counsel for Plaintiffs                                                          September 24, 2007