UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON E. WILLIAMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-583 (RMU) |
| | ) |
| PARNELL LAMONT SAVAGE | ) |
| | ) |
| and | ) |
| | ) |
| KIMBERLY FREEMAN | ) |
| 1805 Bladensburg Road, N.E. | ) |
| Washington, DC 20002 | ) |
| | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT KIMBERLY FREEMAN'S MOTION TO DISMISS THE COMPLAINT

Defendant Kimberly Freeman, through counsel and pursuant to Fed. R. Civ. P. 12 (b)(6), respectfully moves this Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted. In support of this motion, defendant adopts the grounds raised in the motion to dismiss the defendants District of Columbia, Jennifer Greene and George Bernard, as follows:

1. The statute of limitations bars plaintiffs' complaint.

2. Plaintiffs fail to state a claim under the Americans with Disabilities Act because they have not alleged a qualifying disability.

3. Plaintiffs fail to state a claim under 42 U.S.C. § 1981.

4. Plaintiffs fail to state a violation of their right of access to the courts.

5. Plaintiffs fail to state a violation of their free exercise of religion.

6. Plaintiffs allege no injury that would give rise to a federal claim.

7. Plaintiffs fail to state a claim under 42 U.S.C. § 1985.

Defendant Freeman incorporates by reference the memorandum of points and authorities filed in support of the motion to dismiss the defendants District of Columbia, Jennifer Greene and George Bernard.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Phillip A. Lattimore, III /s/
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON E. WILLIAMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-583 (RMU) |
| | ) |
| PARNELL LAMONT SAVAGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT KIMBERLY FREEMAN'S MOTION TO DISMISS THE COMPLAINT

Defendant Freeman incorporates by reference the memorandum of points and authorities in support of the motion to dismiss the defendants District of Columbia, Jennifer Greene and George Bernard, filed on August 13, 2007 (pages 1 through 11).

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON E. WILLIAMS, *et al.*, | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 07-583 (RMU) |
| PARNELL LAMONT SAVAGE, *et al.*, | ) |
|       Defendants. | ) |

<u>ORDER</u>

Upon consideration of the Defendant Kimberly Freeman's Motion to Dismiss the Complaint, the memorandum of points and authorities filed in support thereof, any opposition and reply thereto, and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED, that the Defendant Kimberly Freeman's Motion to Dismiss the Complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the Complaint is hereby DISMISSED as barred by the statute of limitations and, in addition, for failure to state a claim against defendant Kimberly Freeman.

_____
RICARDO M. URBINA
United States District Judge