**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DON E. WILLIAMS**, et al          * | |
| * | |
| Plaintiffs                  * | |
| * | |
| vs.                       * | Case No. 1:07-cv-00583 |
| * | |
| **PERNELL LAMONT SAVAGE**, et al * | |
| * | |
| Defendants                 * | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW Defendant, Progressive Insurance Company, by and through counsel, Michael A. DeSantis and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and respectfully requests that the Clerk of the Court enter the appearance of Darragh L. Inman, Esq., Bar No. 501582, and strike the appearance of Ioannis A. Laskaris, Bar No. 488452.

Respectfully submitted:

HARTEL, KANE, DeSANTIS
MacDONALD & HOWIE, LLP

/s/ Michael A. DeSantis
Michael A. DeSantis, #422602
Darragh L. Inman, #501582
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705-3166
Telephone (301)486-1200
Facsimile (301)486-0935
Attorneys for Defendant
Progressive Insurance Company



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October 2007, by way of electronic filing, a copy of the foregoing was served on:

Steven Spiegel, Esquire
3917 Keller Ave.
Alexandria, VA 22303

Carl J. Schifferle
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C.  20001

                                        /s/ Michael A. DeSantis
                                        Michael A. DeSantis



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205