UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DON E. WILLIAMS, et al. )
)
          Plaintiffs, )
)
v. )   Civil Action No. 07-CV-0583 RMU
)
)
PERNELL LAMONT SAVAGE )
)
          Defendants. )

**SECOND CONSENT MOTION FOR EXTENSION OF TIME
TO COMPLETE SERVICE OF PROCESS**

In accordance with *F.R.Civ.P.* 4(m), the Local Rules, and this Court's Standing Order, the Plaintiffs, by and through counsel, and for good cause, respectfully move for an extension of an additional forty-five (45) days time to effect service of process on the remaining two unserved defendants associated with Progressive Insurance.

This is Plaintiffs' third request for an extension of time to complete service, this also being Plaintiffs' second consent motion for a necessary extension. This Court's prior Order set November 23, 2007 as the date for completing service of process (Dkt.# 18).

Plaintiffs have diligently attempted service on all of the defendants, having now effected service on seven of the nine defendants.[1] The good cause and reasons requiring additional time for serving the remaining two defendants are as follows:

---

[1] Plaintiffs have now served the defendant Kimberly Freeman through the cooperation of the Office of the Attorney General of the District of Columbia, with her authorization and by agreement between counsel (Dkt. # 17).

The two defendants remaining to be served are Pernell Lamont Savage and Robert Dykes. Mr. Savage is the insured of Defendant Progressive Insurance, and Mr. Dykes is the former agent employed by Progressive Insurance at the relevant time. As described in the previous motions, Plaintiffs attempted, without success, to serve each of these two defendants. Plaintiffs then unsuccessfully sought the informal cooperation of Progressive Insurance to obtain the necessary information to complete service. Plaintiffs then sought a second extension from this Court in order to serve discovery on Progressive. However, Progressive Insurance did not timely respond to Plaintiffs' discovery. Following over one week of communications seeking Defendant Progressive's cooperation, the parties were able to resolve the dispute resulting in granting Progressive additional time to respond together with consent to this motion to seek additional time to make use of the requested information to effect service.

The requested forty-five (45) day extension of time should not cause any delay in the proceedings while the motions to dismiss are pending.

In accordance with *LCvR 7(m)*, Plaintiffs certify that counsel has conferred with each of the two defense counsel on this motion. Counsel for defendant District of Columbia consented to this motion last week. Counsel for Progressive, as described above, has now consented to this motion as well.

Accordingly, Plaintiffs respectfully request an enlargement of forty-five (45) days time until January 7, 2008 to complete service of process on the remaining two

Defendants.

Respectfully submitted,

_____*/s/*_____
STEVEN M. SPIEGEL, D.C. Bar # 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780; Fax 703-998-7612
E-mail SSpiegelEsq@verizon.net
Counsel for Plaintiffs                                                                November 13, 2007