# UNITED STATES DISTRICT COURT
## District of Columbia

DON E. WILLIAMS, et al.

V.

PERNELL LAMONT SAVAGE, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-CV-00583 (RMU)

TO: (Name and address of Defendant)

Pernell Lamont Savage
244 Adams Swamp Road
Corapeake, NC 37426

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven M. Spiegel, Esquire
3917 Keller Avenue
Alexandria, VA 22030-1817

an answer to the complaint which is served on you with this summons, within ___20.___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         SEP 12 2007
CLERK                                                              DATE

_(signature)_
By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE December 28, 2007  4:57p |
| NAME OF SERVER (PRINT) | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served personally upon a woman at Defendant' SAVAGES' residence who identified herself as his wife clearly of age. 2718 Lorring Drive, District Heights MD 20747 Apt. 201

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 20 miles @ 0.60/m $12.00 | SERVICES $65.00 | TOTAL $77.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 28, 2007
         Date          Signature of Server

3105 Faber Drive
Falls Church VA 22044
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.