AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Don E. Williams, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Parnell Lamont Savage, et al.,
Defendants.

Case: 1:07-cv-00583
Assigned To : Urbina, Ricardo M.
Assign. Date : 3/27/2007
Description: WILLIAMS v. SAVAGE

TO: (Name and address of Defendant)

ROBERT DYKES
Suite A
6980 Muirkirk Meadows Drive
Beltsville, Maryland 20705

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence A. Elgin
Suite 900 South Building
601 Pennsylvania Avenue, NW
Washington DC 20004-3615

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

MAR 26 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 1, 2008 | 5:10 P |
| NAME OF SERVER (PRINT) John L. ELGIN | TITLE Private Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Robert Dykes, Sr. at 410 Main Street #3 Laurel, MARYLAND, who stated that he is the father and namesake of the defendant Robert Dykes and stated to me that he would give the papers to his son.

**STATEMENT OF SERVICE FEES**

| TRAVEL 57 miles  34.20 | SERVICES $65 | TOTAL $99.20 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JAN. 1, 2008
              Date                    Signature of Server

3105 Faber Drive
Falls Church VA 22044
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.