UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DON WILLIAMS, *et al.*,                         :
                                                :
    Plaintiff,                               : Case no. 07-583 (RJL)
                                                :
v.                                              :
                                                :
DISTRICT OF COLUMBIA, *et al.*                  :
                                                :
    Defendants.                              :

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven Anderson as counsel for defendant District of Columbia. Mr. Anderson's address and telephone number are set forth below.

        Respectfully submitted,

        PETER NICHOLS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        PHILLIP LATTIMORE
        Chief, General Litigation Section III

        /s/ STEVEN J. ANDERSON
        _____
        STEVEN J. ANDERSON
        Assistant Attorney General
        Bar no. 334480
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607
        (202) 727-3625 (fax)
        E-mail: Steve.anderson@dc.gov