UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| DON E. WILLIAMS *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-0583 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 12, 20 |
| | : | | |
| PERNELL L. SAVAGE *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE D.C. DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the accompanying Memorandum Opinion, it is this 10th day of March, 2008,

**ORDERED** that the D.C. defendants' motion to dismiss is **GRANTED**.

**SO ORDERED**.

                                                RICARDO M. URBINA
                                            United States District Judge