UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DON E. WILLIAMS *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-0583 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 14, 28, 29, 31, 37, 38 |
| | : | | |
| PERNELL L. SAVAGE *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### MEMORANDUM OPINION

**DENYING THE PLAINTIFFS' MOTION TO AMEND THE COMPLAINT;
DENYING THE PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT[1];
GRANTING THE INSURANCE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
DENYING THE INSURANCE DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT;
GRANTING THE INSURANCE DEFENDANTS' MOTION TO DISMISS;
*SUA SPONTE* DISMISSING THE CLAIMS AGAINST KINGSBERRY**

For the reasons stated in the accompanying Memorandum Opinion, it is this 5th day of August, 2008,

**ORDERED** that the plaintiffs' motion to amend the complaint is **DENIED**; and it is

**FURTHER ORDERED** that the plaintiffs' motion to alter or amend the judgment is **DENIED**; and it is

**ORDERED** that the insurance defendants' motion for judgment on the pleadings is **GRANTED**; and it is

---

[1] The plaintiffs style their motion as one for reconsideration pursuant to Federal Rule of Civil Procedure 15(a), 59(e) and 60(b). Because the plaintiffs filed their motion before the court issued a final judgment, however, the court construes the plaintiffs' motion as one to alter or amend pursuant to Federal Rule of Civil Procedure 54(b). *Compare* FED. R. CIV. P. 54(b) (providing for "revision [of a decision] at any time before the entry of judgment adjudicating all the claims and the rights and liabilities of all parties") *with* FED. R. CIV. P. 60(b) (stating that "the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding") *and Stephenson v. Calpine Conifers II, Ltd.*, 652 F.2d 808, 812 (9th Cir. 1981) (holding that a district court must enter a final judgment before a party may seek relief under Rule 59(e)), *rev'd on other grounds*, *In re Wash. Public Power Supply Sys. Sec. Litig.*, 823 F.2d 1349 (9th Cir. 1987) (en banc).

**FURTHER ORDERED** that the insurance defendants' motion for more definite statement is **DENIED**; and it is

**ORDERED** that the insurance defendants' motion to dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that the claims against Kingsberry be **DISMISSED** *sua sponte*.

**SO ORDERED**.

    RICARDO M. URBINA
    United States District Judge