UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON E. WILLIAMS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-CV-0583 RMU |
| | ) |
| | ) |
| PERNELL LAMONT SAVAGE, et al. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given this day that the Plaintiffs in the above case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgement and orders of this District Court, on the motions to dismiss and for reconsideration and to amend, entered in this action on August 5, 2008 and previously, in favor of defendants and against plaintiffs.

Respectfully submitted,

_____/s/_____
STEVEN M. SPIEGEL, D.C. Bar # 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780; Fax 703-998-7612
E-mail SSpiegelEsq@verizon.net

Counsel for Plaintiffs                                September 4, 2008